UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEROD C. ENGLISH,

    Plaintiff,

v.                                              CASE NO. 8:17-cv-604-T-23MAP

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,

    Defendant.
_____/

## **ORDER**

Magistrate Judge Mark A. Pizzo recommends (Doc. 28) affirming the Commissioner's decision. The plaintiff objects (Doc. 29) to the report and recommendation and the Commissioner responds (Doc. 30) to the objections. A *de novo* review of the portions of the report and recommendation to which the plaintiff objects reveals that the objections are either unpersuasive or unfounded. The objections require no different resolution.

Accordingly, the plaintiff's objections (Doc. 29) are **OVERRULED**. The magistrate judge's report and recommendation (Doc. 28) is **ADOPTED**, and the Commissioner's decision is **AFFIRMED**. The clerk is directed (1) to enter judgment

in favor of the Commissioner and against the plaintiff, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on August 31, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE